IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANTHONY TREVON KORNEGAY, #A1004943,<br><br>Plaintiff,<br><br>vs.<br><br>STG. SRGT. CHRISTOPHER GILBERT, *et al.*,<br><br>Defendants. | CIVIL NO. 26-00058 DKW-RT<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS BY A PRISONER |

Before the Court is an Application to Proceed In Forma Pauperis by a Prisoner filed by pro se Plaintiff Anthony Trevon Kornegay.[1] ECF No. 2. In his IFP Application, Plaintiff states that he is not employed as a prisoner at the Oahu Community Correctional Center; he has no other sources of income, savings, or assets; and he owns no other property. *Id*. at PageID.11. A prison official certified that Plaintiff has no money on account and that his average monthly balance during the last six months was zero. *Id.* at PageID.12. Based on the information currently

---

[1] Kornegay is currently incarcerated at the Oahu Community Correctional Center. *See* VINE, https://vinelink.vineapps.com/search/HI/Person (select "ID Number"; enter "A1004943"; and select "Search") (last visited Mar. 4, 2026).

before the Court, therefore, Plaintiff qualifies as a pauper, and his IFP Application is GRANTED.  See 28 U.S.C. § 1915(a)(1).

As a prisoner, Plaintiff is obligated to pay the full filing fee regardless of the outcome of this suit.  See 28 U.S.C. § 1915(b)(1), (e)(2).  Plaintiff shall pay an initial partial filing fee of 20% of the greater of: (1) the average monthly deposits to his account; or (2) the average monthly balance in his account for the six-month period immediately preceding the filing of the Complaint.  28 U.S.C. § 1915(b)(1).  Thereafter, Plaintiff shall make monthly payments equaling 20% of the preceding month's income credited to his account, when the amount in his account exceeds $10.00, until the $350.00 civil filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

IT IS HEREBY ORDERED that:

(1)  The Hawaii Department of Corrections and Rehabilitation or its designee the Warden of the Oahu Community Correctional Center shall calculate, collect, and remit to the Clerk of Court an initial partial payment equaling 20% of Plaintiff's average monthly balance or average monthly deposits to his account, whichever is greater.  Thereafter, the Warden or designee shall collect monthly payments equaling 20% of Plaintiff's preceding month's income when the account exceeds $10.00, until the $350.00 filing fee is paid in full.  See 28 U.S.C. § 1915(b)(2).  These payments must be identified by the name and number assigned to this action.

(2)  The Clerk SHALL serve a copy of this order on Plaintiff, the Oahu Community Correctional Center Warden and Financial Office, and Sechyi Laiu, the Department of Corrections and Rehabilitation Litigation Coordinator, and submit a copy of this order to the District of Hawaii's Financial Department.

IT IS SO ORDERED.

DATED: March 5, 2026 at Honolulu, Hawai'i.



_____
Derrick K. Watson
Chief United States District Judge

---

*Anthony Trevon Kornegay v. Sgt. Srgt. Christopher Gilbert, et al.*; Civil No. 26-00058 DKW-RT; **ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS BY A PRISONER**

3